# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 JUL -2 PM 4: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____

PLAINTIFF

RONALD A. NEWCOMB, AS MINORITY MEMBER
OF AQUA GENESIS LTD. (NV) AND AS MAJORITY MEMBER
OF WORLD WIDE ASSETS LLC (DE), AND AUTEK LLC (CA)
OWNED BY WORLD WIDE ASSETS LLC, TOGETHER
DOUGLAS FIRESTONE, AS AN INDIVIDUAL AND AS CONTROLLING
MAJORITY MEMBER AND COO OF AQUA GENESIS LTD. (NV),
CAUSING (LOWERY) FIRESTONE, AND DENNIS LOWERY, TOGETHER
THE "DEFENDANTS"

**SUMMONS IN A CIVIL ACTION**

Case No. _08CV-1161 H POR_

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

RONALD A. NEWCOMB
5511 WARING RD
SAN DIEGO, CA 92120

An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | 7/2/08 |
| CLERK | DATE |

J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443:1 May 5, 1999 (11:34am)