# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUL 25 PM 1:28

CLERK, U.S. DISTRICT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

PLAINTIFF

RONALD A. NEWCOMB AS MINORITY MEMBER OF AQUA GENESIS LTD. (NV), AND AS MAJORITY MEMBER OF WORLD WIDE ASSETS LLC (DE), AND ALTEK LLC (CA) OWNED BY WORLD WIDE ASSETS LLC, TOGETHER

VS

DOUGLAS FIRESTONE, AS AN INDIVIDUAL, AND AS CONTROLLING MAJORITY MEMBER AND CEO OF AQUA GENESIS LTD (NV), CANDICE (LOWERY) FIRESTONE, AND DENNIS LOWERY, TOGETHER THE "DEFENDANTS"

**SUMMONS IN A CIVIL ACTION**

**Case No.** 08 CV 1161 H POR

**TO: (Name and Address of Defendant)**

DOUGLAS FIRESTONE
9182 TONYA LANE
SANTEE, CA 92071

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

RONALD A. NEWCOMB
5511 WARING RD
SAN DIEGO, CA 92120

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

J. PARIS

SEAL

DATE

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 7/8/08 7:48 PM |
|---|---|
| NAME OF SERVER R.T. HANSELL | TITLE R.P.S. SAN DIEGO #1422 |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 9182 TONYA LANE SANTEE CA 92071

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ______

[ ] Return unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES $50.00 | TOTAL $50.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 07/14/08 [signature] C/O SDSOP

Date Signature of Server

2445 MORENA BLVD #206 SAN DIEGO, CA 92110

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)