1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11
12
13
14

| | |
|---|---|
| RONALD A. NEWCOMB, as minority member of Aqua Genesis Ltd. (NV), and as majority member of World Wide Assets LLC (DE), and Autek LLC (CA) owned by World Wide Assets LLC, | CASE NO. 08-CV-1161-H (POR)<br><br>ORDER SUBMITTING MOTION TO DISMISS |

                                       Plaintiff,

15

     vs.

16
17
18
19

DOUGLAS FIRESTONE, as an individual and as controlling majority member and COO of Aqua Genesis Ltd. (NV); CANDICE LOWERY FIRESTONE; and DENNIS LOWERY,

                                    Defendants.

20
21
22
23
24
25

     On July 1, 2008, Plaintiff filed his complaint, proceeding pro se.  (Doc. No. 1.) On July 28, 2008, defendants Douglas Firestone and Candice Firestone filed a motion to dismiss, which was noticed for a hearing on September 2, 2008.  (Doc. No. 5.) Under Local Civil Rule 7.1(e)(2), the time for filing an opposition is normally 14 calendar days prior to the noticed hearing date.  At this time, the Court has received no opposition from Plaintiff.

26
27
28

     Absent a subsequent order to the contrary, the Court will exercise its discretion to submit this motion on the papers without oral argument pursuant to Local Civil Rule 7.1(d)(1).  Accordingly, the Court vacates the hearing on the motion to dismiss.  The

1    Court strongly encourages Plaintiff to file an opposition to the pending motion. If he

2    does not do so, the Court may dismiss this action in its entirety.

3        IT IS SO ORDERED.

4    DATED:  August 25, 2008

5                                          _____
                                           MARILYN L. HUFF, District Judge
6                                          UNITED STATES DISTRICT COURT

7    COPIES TO:
     All parties of record.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28